**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**TIEN THE LE, Defendant–Appellant.**

**No. 15–10020**

United States Court of Appeals, Ninth Circuit.

Submitted August 16, 2016 *

FILED August 22, 2016

---

Jason Hitt, Jill M. Thomas, Assistant U.S. Attorney, USSAC–Office of the US Attorney, Sacramento, CA, for Plaintiff–Appellee.

Tien The Le, Pro Se.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Tien The Le appeals from the district court's judgment and challenges his jury-trial conviction and 120–month sentence for conspiracy to manufacture marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Le's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Le the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**